USDC KYWD  - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Louisville

## *NOTICE OF DEFICIENCY*

**TO:**                              Edward H. Stopher and Kristin N. Logan

**CASE #:**                       3:12-cv-755-H

**STYLE OF CASE:**           The Sloan Company, Inc. V. N. Glantz & Son, LLC

**DOCUMENT TITLE:**        Civil Cover Sheet

**DATE:**                          11/14/2012

**BY:**                              John Sparling
                                       *DEPUTY CLERK*

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**Please tender to Court a completed and signed civil cover sheet.  Also address service issue with summons or waiver of service.**

**YOU ARE GRANTED 7 DAYS FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**